# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2018

SEAN F. McAVOY, CLERK

TRISHA G., )
    *Plaintiff* )
v. )  Civil Action No. 4:17-CV-5160-FVS
COMMISSIONER OF SOCIAL SECURITY, )
)
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Motions for Summary Judgment (ECF Nos. 14 and 16).

Date: November 13, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
    *(By) Deputy Clerk*
Penny Lamb